JOHN F. PRENTICE, ESQ. SBN 087606
John F. Prentice & Associates, PC
2200 Powell Street, Suite 740
Emeryville, CA 94608
Telephone: (510) 420-9000
Facsimile: (510) 597-0718
Email: jfprenticelaw@yahoo.com

CLYDE I. BUTTS, ESQ. SBN. 88020
LAW OFFICES OF CLYDE I. BUTTS
1225 Alpine Road, Suite 201
Walnut Creek, CA 94596
Telephone:  (925) 906-9970
Facsimile: (925) 906-9508
Email: buttslaw@pacbell.net

Attorneys for Plaintiff,
Antonio Santiago III

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO SANTIAGO III, | **CASE NO. CV 11-04012 SBA** |
| Plaintiff, | **STIPULATION TO ALLOW THE FILING OF PLAINTIFF ANTONIO SANTIAGO III'S FIRST AMENDED COMPLAINT AND ORDER THEREON** |
| v. | |
| COUNTY OF SAN MATEO, GREGORY MOMUNKS, LIEUTENANT GREGORY EATMON, , DETECTIVE VICTOR LOPEZ, DEPUTY MICHAEL J. MCVAY, SAN MATEO COUNTY TRANSIT DISTRICT, (SAM TRANS), THE PENINSULA CORRIDORS JOINT POWERS BOARD, (CAL TRAIN), and DOES 1 through 100, inclusive. | |
| Defendants. | |
| _____/ | |

Plaintiff ANTONIO SANTIAGO III, through his counsel, John F. Prentice, Esq. of John F. Prentice & Associates, P.C., and Defendants COUNTY OF SAN MATEO, GREGORY MOMUNKS, LIEUTENANT GREGORY EATMON, DETECTIVE VICTOR LOPEZ, DEPUTY MICHAEL J. MCVAY, through their respective counsel, David A. Levy, Deputy and David A. Silberman, Deputy, of John C. Beiers, County Counsel for San Mateo County, stipulate as follows:

1  Plaintiff ANTONIO SANTIAGO III may file a First Amended Complaint in the above-entitled action in lieu of Defendants filing a Rule 12b(6) motion in response to Plaintiff's Complaint. Defendants shall have twenty (20) days from service of the First Amended Complaint to file and serve their response.

**IT IS SO STIPULATED.**

Dated: September 21, 2011          JOHN F. PRENTICE & ASSOCIATES, PC

/s/
_____
John F. Prentice, Esq.
Attorneys for Plaintiff
ANTONIO SANTIAGO III

Dated: September 21, 2011          JOHN C. BEIERS, COUNTY COUNSEL

/s/
_____
David A. Levy, Deputy
David A. Silberman, Deputy
Attorneys for Defendants
COUNTY OF SAN MATEO, GREGORY MOMUNKS, LIEUTENANT GREGORY EATMON, DETECTIVE VICTOR LOPEZ, DEPUTY MICHAEL J. MCVAY

## COURT ORDER

The Court has read and considered the foregoing Stipulation. Based on the stipulation of the parties and good cause appearing therefore,

**IT IS ORDERED**:

Plaintiff ANTONIO SANTIAGO III may file a First Amended Complaint in the above-entitled action in lieu of Defendants filing a Rule 12b6 motion in response to Plaintiff's Complaint. Defendants shall have twenty (20) days from service of the First Amended Complaint to file and serve their response.

**IT IS SO ORDERED.**

Dated: 9/22/11                          _____
                                              Hon. Saundra B. Armstrong