IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SANTIAGO,<br><br>     Plaintiff,<br><br>   v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>     Defendants. | Case No.: 11-4012 SBA (JSC)<br><br>**ORDER EXCUSING INDIVIDUAL DEFENDANTS FROM PERSONAL ATTENDANCE AT MARCH 28, 2012 SETTLEMENT CONFERENCE** |

Defendants' unopposed request to excuse the individual County Defendants, Sheriff Greg Munks, Lieutenant Greg Eatmon, Dectective Victor Lopez, and Deputy Michael McVay, from attendance at the Settlement Conference on March 28, 2012 is GRANTED.

**IT IS SO ORDERED.**

Dated: March 22, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE